UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CITLAND LIMITED,

               Plaintiff,

   -against-

INTERNATIONAL TOBACCO PARTNERS, LTD,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Copies Mailed To All Parties
*By Keith A. Jones on 01-06-10*

Index No. 09-CV-3797 (ADS) (ARL)

NOTATION OF DEFAULT

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   JAN 0 6 2010   ★
K-Jones
LONG ISLAND OFFICE

I, Robert C. Heinemann, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant, INTERNATIONAL TOBACCO PARTNERS, LTD, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: *Central Islip New York, 11722*
*January 06, 2010*

                                      ROBERT C. HEINEMANN
                                      Clerk of Court

                                      By:/s/ *Keith A. Jones*
                                      *Deputy-Clerk, Keith A. Jones*

**Clerk's Certificate/ Notation of default**            2