# Exhibit 4

# CharlestonTobaccoCorporation

San Matias, Sto. Tomas, Pampanga  (045) 8752430

05 September 2006

Mr. JEFFREY AVO UVEZIAN
President
International Tobacco Partners, Ltd. (ITP)

Mr. DEREK BANKS
President
Citiland Limited

Sirs:

This pertains to the renewal of our Agreement for the Contract Production of Cigarettes which is set to expire on 09 September 2006.

We propose that the same Agreement be renewed for another two (2) years under the same terms and conditions provided the following terms are incorporated:

1. There shall be a minimum order of three (3) 40' loads per 2 months;
2. A price increase of US$4.00 per case across the board; (See attached Annex 1)
3. Payment terms would be as follows:
   - 70% down payment upon issuance of Purchase Order
   - 30% balance due a week before delivery
4. Prices shall be subject for review after 12 months from the effective date of this contract.

It is likewise proposed that the Parties' Agreement on Certain Finance Issues be renewed for the same period of two (2) years.

If you find the foregoing acceptable, please indicate your conformity.

Thank you very much and best regards.

Sincerely yours,

Mr. FRANK PARULAN
President

Conforme:                        10/27/06

Mr. JEFFREY AVO UVEZIAN                    Mr. DEREK BANKS
For ITP                                     For Citiland

Manila 31st Oct 2006

# CharlestonTobaccoCorporation

San Matias, Sto. Tomas, Pampanga  (045) 8752430

## ANNEX 1

**BRAND FAMILY: BOSTON CIGARETTES**

**Soft Pack:**
Boston Full Flavor 100 = $40.00 per master case
Boston Full Flavor King Size = $40.00 per master case
Boston Lights 100 = $40.00 per master case
Boston Lights King Size = $40.00 per master case
Boston Menthol 100 = $42.00 per master case
Boston Menthol King Size = $42.00 per master case
Boston Menthol Lights 100 = $42.00 per master case
Boston Menthol Lights King Size = $42.00 per master case
Boston Ultra Lights 100 = $40.00 per master case
Boston Ultra Lights King Size = $40.00 per master case
Boston Non-Filter King Size = $40.00 per master case

**Hard Pack**
Boston Full Flavor 100 = $50.00 per master case
Boston Full Flavor King Size = $50.00 per master case
Boston Lights 100 = $50.00 per master case
Boston Lights King Size = $50.00 per master case
Boston Menthol 100 = $52.00 per master case
Boston Menthol King Size = $52.00 per master case
Boston Menthol Lights 100 = $52.00 per master case
Boston Menthol Lights King Size = $52.00 per master case
Boston Ultra Lights 100 = $50.00 per master case
Boston Ultra Lights King Size = $50.00 per master case
Boston Non-Filter King Size = $50.00 per master case

*Prices are based on FOB Manila terms; and Cutrags supplied by Citiland

SUBSCRIBED AND SWORN BEFORE ME THIS OCT 2 0 2008 MAKATI CITY

SOFRONIO C. UNTALAN, JR.
Notary Public
Until 31 Dec. 2006
PTR No. 4179666 E.
Makati - 02 Jan. 2006

Doc. No. 330
Page No. 66
Book No. CW
Series of 2006