Exhibit 5

Thursday, August 13, 2009 AOL: Jeffreyavo

Thank you.

Please advice.

The Boston cuttrag shipments we have in Manila can produce Boston Orders #31 FSC, #32 FSC & #34 FSC.

Our last shipment was April 25, 2009,

Kindly wire transfer the 30% down payment for Boston Orders #31 FSC, #32 FSC & #34 FSC for a total wire payment amount of $53,332.50 so we can order packaging.

Dear Jeffrey & Derek,

**Subject:** Boston Order #31 FSC #32 FSC & #34 FSC : Packaging Down Payment
Cc: dbanks@premiumtobacco.eu
**To:** jeffreyavo@aol.com; dbanks2908@aol.com
**Sent:** 20 July 2009 06:38
**From:** DEANCASTANO [mailto:deancastano@aol.com]

Derek

Regards

Kindly nominate your arbitrators within 14 days so we can settle this issue once and for all.

Jeffrey/Dean,

In a message dated 7/20/2009 3:12:04 A.M. Eastern Daylight Time, dbanks@premiumtobacco.eu writes:What do u mean by arbitrators?

**Subject:** Re: Boston Order #31 FSC #32 FSC & #34 FSC : Packaging Down Payment
**To:** dbanks@premiumtobacco.eu
**Sent:** 20 July 2009 13:32
**From:** Jeffreyavo@aol.com [mailto:Jeffreyavo@aol.com]

Derek
Regards

So I think this is the only way now to settle this issue.

As per the contract, if there is a dispute on issues like this, arbitration is necessary.

Jeffrey,

**To:** jeffreyavo@aol.com, deancastano@aol.com
**From:** dbanks@premiumtobacco.eu
**Date:** 7/20/2009 8:44:59 A.M. Eastern Daylight Time
**Subj:** RE: Boston Order #31 FSC #32 FSC & #34 FSC : Packaging Down Payment