Exhibit 6

Grimes Warehousing Services
International Tobacco Partners, LTD
LOCATION REPORT

**GCHDQ**  Grimes Warehousing Services

### PRODUCT CODE: BFF100   UOM: MC
Description: BOSTON FULL FLAVOR 100- SOFT PACK

| LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| 137112/DAMAGE | B/04/018/C01 | | 12 | 0 | 12 | 0 | 6/26/2007 | 926 | | |
| 137046/DAMAGE | B/04/018/C01 | | 5 | 0 | 5 | 0 | 6/11/2007 | 941 | | |
| 144829 | B/05/050/A | | 199 | 0 | 199 | 0 | 4/27/2009 | 255 | | |
| 143131 | B/05/090/A | | 108 | 0 | 108 | 0 | 1/7/2009 | 365 | | |
| | TOTALS | | 324 | 0 | 324 | 0 | | | | |

Summary for BFF100 (4 detail records)

### PRODUCT CODE: BFF100B   UOM: MC
Description: BOSTON FULL FLAVOR 100- BOX

| LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| 139402 | B/04/038/B01 | | 16 | 0 | 16 | 0 | 12/7/2007 | 762 | | |
| 138982 | B/04/050/A01 | | 5 | 0 | 5 | 0 | 6/14/2008 | 572 | | |
| 137744 | B/04/050/B01 | | 1 | 0 | 1 | 0 | 6/7/2007 | 945 | | |
| 138766 | B/04/088/C01 | | 4 | 0 | 4 | 0 | 9/18/2007 | 842 | | |
| 140386/ 2CTN | B/05/091/D02 | | 2 | 0 | 0 | 2 | 3/26/2008 | 652 | | |
| | TOTALS | | 28 | 0 | 26 | 2 | | | | |

Summary for BFF100B (5 detail records)

### PRODUCT CODE: BFF100-FS   UOM: MC
Description: BOSTON FULL FLAVOR 100- BOX -FS

| LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| 142818 | B/04/036/A02 | | 22 | 0 | 22 | 0 | 10/8/2008 | 456 | | |
| 14214/PARTIA | B/05/073/A02 | | 1 | 0 | 0 | 1 | 7/24/2009 | 167 | | |
| 142144 | B/05/073/A02 | | 5 | 3 | 0 | 2 | 9/10/2008 | 484 | | |
| | TOTALS | | 28 | 3 | 22 | 3 | | | | |

Summary for BFF100-FS (3 detail records)

### PRODUCT CODE: BFF100S-FS   UOM: MC
Description:

| LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|

Thursday, January 7, 2010                                                                                                           Page 1 of 26

Grimes Warehousing Services

International Tobacco Partners, LTD

## LOCATION REPORT

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON FULL FLAVOR 100 SOFT PACK - FS | 145091 | B/04/055/A | | 169 | 0 | 169 | 0 | 8/7/2009 | 153 | | |
| BOSTON FULL FLAVOR 100 SOFT PACK - FS | 144242 | B/05/042/A | | 85 | 0 | 85 | 0 | 4/3/2009 | 279 | | |
| Summary for BFF100S-FS (2 detail records) | | | TOTALS | 254 | 0 | 254 | 0 | | | | |

**PRODUCT CODE** BFFK   **UOM:** MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON FULL FLAVOR KING- SOFT PACK | 143131 | B/04/060/A01 | | 1 | 0 | 1 | 0 | 7/17/2009 | 174 | | |
| BOSTON FULL FLAVOR KING- SOFT PACK | 143131 | B/05/088/A | | 113 | 0 | 113 | 0 | 1/7/2009 | 365 | | |
| Summary for BFFK (2 detail records) | | | TOTALS | 114 | 0 | 114 | 0 | | | | |

**PRODUCT CODE** BFFKB   **UOM:** MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON FULL FLAVOR KING- BOX | 144826 | B/04/050/C01 | | 25 | 0 | 25 | 0 | 4/27/2009 | 255 | | |
| Summary for BFFKB (1 detail records) | | | TOTALS | 25 | 0 | 25 | 0 | | | | |

**PRODUCT CODE** BFFKS-FS   **UOM:** MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON FULL FLAVOR KING- SOFT PACK-FS | 145091 | B/04/061/B | | 171 | 0 | 171 | 0 | 8/7/2009 | 153 | | |
| BOSTON FULL FLAVOR KING- SOFT PACK-FS | 144242 | B/05/070/A | | 106 | 1 | 105 | 0 | 4/3/2009 | 279 | | |
| Summary for BFFKS-FS (2 detail records) | | | TOTALS | 277 | 1 | 276 | 0 | | | | |

**PRODUCT CODE** BL100   **UOM:** MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON LIGHT 100- SOFT PACK | 144826 | B/05/064/A | | 61 | 0 | 61 | 0 | 4/27/2009 | 255 | | |
| BOSTON LIGHT 100- SOFT PACK | 144826 | B/05/064/B | | 103 | 0 | 103 | 0 | 4/27/2009 | 255 | | |
| BOSTON LIGHT 100- SOFT PACK | 140386/P | B/05/091/D03 | | 2 | 0 | 0 | 2 | 11/23/2009 | 45 | | |
| Summary for BL100 (3 detail records) | | | TOTALS | 166 | 0 | 164 | 2 | | | | |

Grimes Warehousing Services

International Tobacco Partners, LTD

LOCATION REPORT

### PRODUCT CODE: BL100B — UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON LIGHT 100- BOX | 144826 | B/04/042/A01 | | 6 | 0 | 6 | 0 | 4/27/2009 | 255 | |
| BOSTON LIGHT 100- BOX | 144826 | B/04/048/C01 | | 26 | 0 | 26 | 0 | 4/27/2009 | 255 | |
| | | | TOTALS | 32 | 0 | 32 | 0 | | | |

Summary for BL100B (2 detail records)

### PRODUCT CODE: BL100S-FS — UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON LIGHT 100- SOFT PACK -FS | 145091 | B/04/043/B | | 121 | 0 | 121 | 0 | 8/7/2009 | 153 | |
| BOSTON LIGHT 100- SOFT PACK -FS | 144242 | B/05/038/A | | 57 | 0 | 57 | 0 | 4/3/2009 | 279 | |
| | | | TOTALS | 178 | 0 | 178 | 0 | | | |

Summary for BL100S-FS (2 detail records)

### PRODUCT CODE: BLK — UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON LIGHT KING- SOFT PACK | 144826 | B/04/026/C01 | | 26 | 0 | 26 | 0 | 4/27/2009 | 255 | |
| BOSTON LIGHT KING- SOFT PACK | 144826 | B/04/036/B01 | | 24 | 0 | 24 | 0 | 4/27/2009 | 255 | |
| BOSTON LIGHT KING- SOFT PACK | PARTIAL | B/05/091/C02 | | 1 | 0 | 0 | 1 | 3/19/2009 | 294 | |
| BOSTON LIGHT KING- SOFT PACK | PARTIAL | B/05/093/C03 | | 1 | 0 | 0 | 1 | 3/19/2009 | 294 | |
| | | | TOTALS | 52 | 0 | 50 | 2 | | | |

Summary for BLK (4 detail records)

### PRODUCT CODE: BLKB — UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON LIGHT KING- BOX | 138398 | B/04/056/B01 | | 12 | 0 | 12 | 0 | 7/27/2007 | 895 | |
| BOSTON LIGHT KING- BOX | 138398 | B/04/064/C01 | | 24 | 0 | 24 | 0 | 7/27/2007 | 895 | |
| BOSTON LIGHT KING- BOX | 137744 | B/04/066/B01 | | 11 | 0 | 11 | 0 | 6/14/2008 | 572 | |
| BOSTON LIGHT KING- BOX | 138398 | B/04/068/C01 | | 24 | 0 | 24 | 0 | 7/27/2007 | 895 | |

Thursday, January 7, 2010

Grimes Warehousing Services

International Tobacco Partners, LTD

## LOCATION REPORT

### PRODUCT CODE: BLKB

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON LIGHT KING- BOX | 138154 | B/04/082/D01 | | 9 | 0 | 9 | 0 | 6/14/2008 | | | 572 |
| BOSTON LIGHT KING- BOX | 138154 | B/04/090/A02 | | 1 | 0 | 1 | 0 | 1/16/2009 | | | 356 |
| BOSTON LIGHT KING- BOX | 139402 | B/05/031/A01 | | 4 | 0 | 4 | 0 | 9/15/2008 | | | 479 |
| BOSTON LIGHT KING- BOX | 139402/P | B/05/031/A01 | | 1 | 0 | 0 | 1 | 11/23/2009 | | | 45 |
| BOSTON LIGHT KING- BOX | 137744 | B/05/055/A01 | | 5 | 0 | 2 | 3 | 6/14/2008 | | | 572 |
| BOSTON LIGHT KING- BOX | 139402 | B/05/055/A01 | | 3 | 0 | 3 | 0 | 12/2/2008 | | | 36 |
| BOSTON LIGHT KING- BOX | 138398 | B/05/083/A01 | | 4 | 0 | 0 | 4 | 7/27/2007 | | | 895 |
| BOSTON LIGHT KING- BOX | 138154 | B/05/083/B01 | | 5 | 0 | 0 | 5 | 6/14/2008 | | | 572 |

Summary for BLKB (12 detail records)   TOTALS   103   0   90   13

UOM: MC

### PRODUCT CODE: BLKFS

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON LIGHT KING - FS- BOX | 143132 | B/04/083/C | | 3 | 0 | 3 | 0 | 1/7/2009 | | | 365 |

Summary for BLKFS (1 detail records)   TOTALS   3   0   3   0

UOM: MC

### PRODUCT CODE: BLKS-FS

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON LIGHT KING SOFT PACK - FS | 145091 | B/04/095/C | | 47 | 0 | 47 | 0 | 8/7/2009 | | | 153 |
| BOSTON LIGHT KING SOFT PACK - FS | 144242 | B/05/082/A | | 33 | 0 | 33 | 0 | 4/3/2009 | | | 279 |

Summary for BLKS-FS (2 detail records)   TOTALS   80   0   80   0

UOM: MC

### PRODUCT CODE: BM100

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL 100- SOFT PACK | 138766 | B/04/064/A01 | | 19 | 0 | 19 | 0 | 6/1/2008 | | | 585 |
| BOSTON MENTHOL 100- SOFT PACK | 139851 | B/04/072/A01 | | 3 | 0 | 3 | 0 | 10/6/2009 | | | 93 |
| BOSTON MENTHOL 100- SOFT PACK | 139582 | B/04/082/A01 | | 6 | 0 | 6 | 0 | 6/1/2008 | | | 585 |

Grimes Warehousing Services

## International Tobacco Partners, LTD
### LOCATION REPORT

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL 100- SOFT PACK | 139852 | B/05/014/A | | 110 | 0 | 110 | 0 | 9/28/2009 | 101 | | |
| BOSTON MENTHOL 100- SOFT PACK | 139582 | B/05/025/B01 | | 1 | 0 | 1 | 0 | 6/1/2008 | 585 | | |
| BOSTON MENTHOL 100- SOFT PACK | 136173/P | B/05/041/B02 | | 1 | 0 | 0 | 1 | 3/19/2009 | 294 | | |
| Summary for BM100 (6 detail records) | | | TOTALS | 140 | 0 | 139 | 1 | | | | |

**PRODUCT CODE  BM100B**     UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL 100- BOX | 142616 | B/05/007/D01 | | 6 | 0 | 6 | 0 | 10/8/2008 | 456 | | |
| BOSTON MENTHOL 100- BOX | 142616 | B/05/018/B | | 72 | 0 | 72 | 0 | 10/8/2008 | 456 | | |
| BOSTON MENTHOL 100- BOX | 142616 | B/05/025/A02 | | 1 | 0 | 1 | 0 | 10/8/2008 | 456 | | |
| BOSTON MENTHOL 100- BOX | 136173/P | B/05/041/B01 | | 1 | 0 | 0 | 1 | 5/4/2009 | 248 | | |
| BOSTON MENTHOL 100- BOX | 142616 | B/05/049/A02 | | 1 | 0 | 0 | 1 | 10/8/2008 | 456 | | |
| BOSTON MENTHOL 100- BOX | 138398 | B/05/087/A01 | | 1 | 0 | 0 | 1 | 3/25/2009 | 288 | | |
| BOSTON MENTHOL 100- BOX | 138398 | B/05/087/A02 | | 1 | 0 | 0 | 1 | 7/27/2007 | 895 | | |
| BOSTON MENTHOL 100- BOX | 140386/9 | B/05/091/D01 | | 1 | 0 | 0 | 1 | 11/12/2008 | 421 | | |
| Summary for BM100B (8 detail records) | | | TOTALS | 84 | 0 | 79 | 5 | | | | |

**PRODUCT CODE  BM100-FS**     UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL 100- BOX -FS | 145091 | B/04/054/A02 | | 24 | 0 | 24 | 0 | 8/7/2009 | 153 | | |
| BOSTON MENTHOL 100- BOX -FS | 145091 | B/04/054/B02 | | 24 | 0 | 24 | 0 | 8/7/2009 | 153 | | |
| BOSTON MENTHOL 100- BOX -FS | 142616 | B/04/061/A | | 10 | 0 | 10 | 0 | 10/8/2008 | 456 | | |
| Summary for BM100-FS (3 detail records) | | | TOTALS | 58 | 0 | 58 | 0 | | | | |

**PRODUCT CODE  BM100S-FS**     UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|

Thursday, January 7, 2010

Page 5 of 26

International Tobacco Partners, LTD
LOCATION REPORT

**PRODUCT CODE BMK100S-FS UOM: MC**

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL 100 SOFT PACK - FS | 143823 | B/04/032/A01 | | 16 | 0 | 16 | 0 | 2/25/2009 | 316 | | |
| BOSTON MENTHOL 100 SOFT PACK - FS | 145091 | B/04/065/B | | 73 | 0 | 73 | 0 | 8/7/2009 | 153 | | |
| BOSTON MENTHOL 100 SOFT PACK - FS | 144242 | B/05/066/A | | 47 | 1 | 46 | 0 | 4/7/2009 | 275 | | |
| Summary for BM100S-FS (3 detail records) | | | TOTALS | 136 | 1 | 135 | 0 | | | | |

**PRODUCT CODE BMK UOM: MC**

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL KING- SOFT PACK | 137112 | B/04/048/A01 | | 10 | 0 | 10 | 0 | 6/14/2008 | 572 | | |
| BOSTON MENTHOL KING- SOFT PACK | 139852 | B/04/076/A02 | | 3 | 0 | 3 | 0 | 6/14/2008 | 572 | | |
| BOSTON MENTHOL KING- SOFT PACK | 139852 | B/05/026/A | | 49 | 0 | 49 | 0 | 6/14/2008 | 572 | | |
| BOSTON MENTHOL KING- SOFT PACK | 139852 | B/05/093/A01 | | 3 | 0 | 3 | 0 | 12/2/2009 | 38 | | |
| Summary for BMK (4 detail records) | | | TOTALS | 65 | 0 | 65 | 0 | | | | |

**PRODUCT CODE BMKB UOM: MC**

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL KING - BOX | 144826 | B/04/052/C01 | | 26 | 0 | 26 | 0 | 4/27/2009 | 255 | | |
| BOSTON MENTHOL KING - BOX | 135255 | B/04/070/A01 | | 1 | 0 | 1 | 0 | 6/14/2008 | 572 | | |
| BOSTON MENTHOL KING - BOX | 133231 | B/04/080/B01 | | 9 | 0 | 9 | 0 | 6/14/2008 | 572 | | |
| BOSTON MENTHOL KING - BOX | 144826 | B/04/088/D01 | | 24 | 0 | 24 | 0 | 4/27/2009 | 255 | | |
| BOSTON MENTHOL KING - BOX | 133231 | B/05/011/A01 | | 3 | 0 | 3 | 0 | 6/14/2008 | 572 | | |
| Summary for BMKB (5 detail records) | | | TOTALS | 63 | 0 | 63 | 0 | | | | |

**PRODUCT CODE BMK-FS UOM: MC**

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL KINGS - BOX-FS | 142618 | B/04/053/B | | 30 | 0 | 30 | 0 | 10/8/2008 | 456 | | |
| BOSTON MENTHOL KINGS - BOX-FS | 142618/PARTIA | B/05/057/A01 | | 1 | 0 | 0 | 1 | 7/24/2009 | 167 | | |

Grimes Warehousing Services

International Tobacco Partners, LTD

## LOCATION REPORT

### PRODUCT CODE: BMKS-FS   UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL KING SOFT PACK - FS | 143823 | B/04/028/A01 | | 14 | 0 | 14 | 0 | 2/25/2009 | 316 | |
| BOSTON MENTHOL KING SOFT PACK - FS | 143132 | B/04/087/A | | 19 | 0 | 19 | 0 | 1/7/2009 | 365 | |

Summary for BMKS-FS (2 detail records)   TOTALS   33   0   33   0   31   30   1

### PRODUCT CODE: BML100   UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL LIGHT 100- SOFT PACK | 138962 | B/04/058/A01 | | 1 | 0 | 1 | 0 | 12/2/2009 | 36 | |
| BOSTON MENTHOL LIGHT 100- SOFT PACK | 138398 | B/04/058/A01 | | 5 | 0 | 5 | 0 | 6/1/2008 | 585 | |
| BOSTON MENTHOL LIGHT 100- SOFT PACK | 138962 | B/04/060/B01 | | 6 | 0 | 6 | 0 | 6/1/2008 | 585 | |
| BOSTON MENTHOL LIGHT 100- SOFT PACK | 139852 | B/04/072/A02 | | 1 | 0 | 1 | 0 | 11/23/2009 | 45 | |
| BOSTON MENTHOL LIGHT 100- SOFT PACK | 137712 | B/04/092/A01 | | 16 | 0 | 16 | 0 | 3/26/2007 | 1018 | |
| BOSTON MENTHOL LIGHT 100- SOFT PACK | 139582 | B/05/020/A | | 67 | 0 | 67 | 0 | 6/1/2008 | 585 | |
| BOSTON MENTHOL LIGHT 100- SOFT PACK | 139851 | B/05/020/A | | 17 | 0 | 17 | 0 | 3/14/2008 | 664 | |
| BOSTON MENTHOL LIGHT 100- SOFT PACK | 138398 | B/05/025/B02 | | 1 | 0 | 1 | 0 | 6/1/2008 | 585 | |
| BOSTON MENTHOL LIGHT 100- SOFT PACK | 134591/36CTN | B/05/061/B01 | | 1 | 0 | 0 | 1 | 7/27/2007 | 895 | |
| BOSTON MENTHOL LIGHT 100- SOFT PACK | PARTIAL | B/05/093/C01 | | 2 | 0 | 0 | 2 | 11/12/2008 | 421 | |

Summary for BML100 (10 detail records)   TOTALS   117   0   114   3

### PRODUCT CODE: BML100B   UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL LIGHT 100- BOX | 144826 | B/04/022/A01 | | 21 | 0 | 21 | 0 | 4/27/2009 | 255 | |
| BOSTON MENTHOL LIGHT 100- BOX | 144826 | B/04/022/C01 | | 26 | 0 | 26 | 0 | 4/27/2009 | 255 | |

Thursday, January 7, 2010

Page 7 of 26

Grimes Warehousing Services

International Tobacco Partners, LTD

## LOCATION REPORT

**Summary for BML100B (2 detail records)**     TOTALS    47    0    47    0

### PRODUCT CODE    BML100FS    UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL LIGHT 100 FS BOX | 143132 | B/04/085/A | | 18 | 0 | 18 | 0 | 1/7/2009 | 365 | |

Summary for BML100FS (1 detail records)    TOTALS    18    0    18    0

### PRODUCT CODE    BML100S-FS    UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL LIGHT 100 SOFT PACK -FS | 145091 | B/04/095/B | | 71 | 0 | 71 | 0 | 8/7/2009 | 153 | |

Summary for BML100S-FS (1 detail records)    TOTALS    71    0    71    0

### PRODUCT CODE    BMLK    UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL LIGHT KING- SOFT PACK | 139851 | B/05/046/A | | 28 | 0 | 28 | 0 | 6/14/2008 | 572 | |

Summary for BMLK (1 detail records)    TOTALS    28    0    28    0

### PRODUCT CODE    BMLKB    UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL LIGHT KING- BOX | 138398 | B/04/070/D01 | | 18 | 0 | 18 | 0 | 7/27/2007 | 895 | |
| BOSTON MENTHOL LIGHT KING- BOX | 138154 | B/04/072/D01 | | 15 | 0 | 15 | 0 | 7/13/2007 | 909 | |
| BOSTON MENTHOL LIGHT KING- BOX | 138154 | B/04/076/A01 | | 2 | 0 | 2 | 0 | 7/13/2007 | 909 | |
| BOSTON MENTHOL LIGHT KING- BOX | 135255 | B/04/080/C01 | | 5 | 0 | 5 | 0 | 6/11/2007 | 941 | |
| BOSTON MENTHOL LIGHT KING- BOX | 138962 | B/04/086/A01 | | 5 | 0 | 5 | 0 | 10/22/2007 | 808 | |
| BOSTON MENTHOL LIGHT KING- BOX | 139402 | B/04/086/B01 | | 6 | 0 | 6 | 0 | 6/15/2008 | 571 | |
| BOSTON MENTHOL LIGHT KING- BOX | 137112 | B/05/007/B02 | | 1 | 0 | 1 | 0 | 3/26/2007 | 1018 | |
| BOSTON MENTHOL LIGHT KING- BOX | 138154 | B/05/065/A01 | | 7 | 0 | 0 | 7 | 7/13/2007 | 909 | |
| BOSTON MENTHOL LIGHT KING- BOX | 135255 | B/05/065/B01 | | 1 | 0 | 0 | 1 | 6/11/2007 | 941 | |

Thursday, January 7, 2010      Page 8 of 26

Grimes Warehousing Services

International Tobacco Partners, LTD

## LOCATION REPORT

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL LIGHT KING- BOX | 137112 | B/05/075/A01 | | 4 | 0 | 2 | 2 | 3/26/2007 | 1018 | | |
| BOSTON MENTHOL LIGHT KING- BOX | 137046 | B/05/081/A02 | | 4 | 0 | 0 | 4 | 6/15/2008 | 571 | | |
| BOSTON MENTHOL LIGHT KING- BOX | 138398 | B/05/085/A01 | | 3 | 0 | 0 | 3 | 7/27/2007 | 895 | | |
| BOSTON MENTHOL LIGHT KING- BOX | 138962 | B/05/085/A01 | | 4 | 0 | 4 | 0 | 12/2/2008 | 36 | | |
| Summary for BMLKB (13 detail records) | | | TOTALS | 75 | 0 | 58 | 17 | | | | |

**PRODUCT CODE    BMLKFS**    UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL LIGHT KING- BOX | 143132 | B/04/078/A01 | | 2 | 0 | 2 | 0 | 8/7/2009 | 153 | | |
| BOSTON MENTHOL LIGHT KING- BOX | 143132 | B/04/083/D | | 45 | 0 | 45 | 0 | 8/7/2009 | 153 | | |
| BOSTON MENTHOL LIGHT KING- BOX | 143132 | B/04/084/A02 | | 3 | 0 | 3 | 0 | 8/7/2009 | 153 | | |
| Summary for BMLKFS (3 detail records) | | | TOTALS | 50 | 0 | 50 | 0 | | | | |

**PRODUCT CODE    BMLKS-FS**    UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL LIGHT KING- SOFT PACK-FS | 143823 | B/04/026/A01 | | 19 | 0 | 19 | 0 | 2/25/2009 | 316 | | |
| BOSTON MENTHOL LIGHT KING- SOFT PACK-FS | 144242 | B/05/074/A | | 50 | 0 | 50 | 0 | 4/3/2009 | 279 | | |
| Summary for BMLKS-FS (2 detail records) | | | TOTALS | 69 | 0 | 69 | 0 | | | | |

**PRODUCT CODE    BMUL100**    UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL ULTRA LIGHT 100- SOFT PAC | 144826 | B/04/024/B01 | | 24 | 0 | 24 | 0 | 4/27/2009 | 255 | | |
| BOSTON MENTHOL ULTRA LIGHT 100- SOFT PAC | 144828 | B/04/028/B01 | | 18 | 0 | 18 | 0 | 4/27/2009 | 255 | | |
| Summary for BMUL100 (2 detail records) | | | TOTALS | 42 | 0 | 42 | 0 | | | | |

**PRODUCT CODE    BMUL100B**    UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL ULTRA LIGHT 100- BOX | 137112 | B/04/058/B01 | | 5 | 0 | 5 | 0 | 3/26/2007 | 1018 | | |

Thursday, January 7, 2010

Grimes Warehousing Services

International Tobacco Partners, LTD

## LOCATION REPORT

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL ULTRA LIGHT 100- BOX | 139852 | B/04/058/C01 | | 25 | 0 | 25 | 0 | 6/15/2008 | | | 571 |
| BOSTON MENTHOL ULTRA LIGHT 100- BOX | 139852 | B/04/060/C01 | | 25 | 0 | 25 | 0 | 6/15/2008 | | | 571 |
| BOSTON MENTHOL ULTRA LIGHT 100- BOX | 138786 | B/04/062/A01 | | 15 | 0 | 15 | 0 | 9/18/2007 | | | 842 |
| BOSTON MENTHOL ULTRA LIGHT 100- BOX | 135255 | B/04/082/C01 | | 5 | 0 | 5 | 0 | 12/3/2008 | | | 1131 |
| BOSTON MENTHOL ULTRA LIGHT 100- BOX | 138982 | B/04/088/A01 | | 5 | 0 | 5 | 0 | 10/22/2007 | | | 808 |
| BOSTON MENTHOL ULTRA LIGHT 100- BOX | 139402 | B/04/092/B01 | | 5 | 0 | 5 | 0 | 11/30/2007 | | | 769 |
| Summary for BMUL100B (7 detail records) | | | TOTALS | 85 | 0 | 85 | 0 | | | | |

**PRODUCT CODE   BMUL100FS**   UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL ULTRA LIGHT 100- FS BOX | 143132 | B/04/083/A | | 50 | 0 | 50 | 0 | 1/7/2009 | | | 365 |
| Summary for BMUL100FS (1 detail records) | | | TOTALS | 50 | 0 | 50 | 0 | | | | |

**PRODUCT CODE   BMUL100S-FS**   UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON MENTHOL ULTRA LIGHT 100 SOFT - FS | 144826 | B/05/005/A03 | | 1 | 0 | 1 | 0 | 4/27/2009 | | | 255 |
| Summary for BMUL100S-FS (1 detail records) | | | TOTALS | 1 | 0 | 1 | 0 | | | | |

**PRODUCT CODE   BNFKB**   UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON NON-FILTER KING BOX | 144826 | B/04/056/C01 | | 26 | 0 | 26 | 0 | 4/27/2009 | | | 255 |
| BOSTON NON-FILTER KING BOX | 144826 | B/04/094/D01 | | 24 | 0 | 24 | 0 | 4/27/2009 | | | 255 |
| BOSTON NON-FILTER KING BOX | 135255 | B/05/077/A01 | | 6 | 0 | 0 | 6 | 6/15/2008 | | | 571 |
| Summary for BNFKB (3 detail records) | | | TOTALS | 56 | 0 | 50 | 6 | | | | |

**PRODUCT CODE   BNFKFS**   UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days | Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON NON FILTER KING - FS BOX | 143132 | B/04/083/B | | 21 | 0 | 21 | 0 | 1/7/2009 | | | 365 |

Thursday, January 7, 2010

Page 10 of 26

Grimes Warehousing Services

International Tobacco Partners, LTD

## LOCATION REPORT

BOSTON NON FILTER KING - FS BOX     143132     B/05/043/A01     2     0     0     2     1/7/2009     365

Summary for BNFKFS (2 detail records)     TOTALS     23     0     21     2

**PRODUCT CODE   BUL100**     UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON ULTRA LIGHT 100- SOFT PACK | 143131 | B/04/020/C01 | | 24 | 0 | 24 | 0 | 1/7/2009 | 365 | |
| BOSTON ULTRA LIGHT 100- SOFT PACK | 137112 | B/04/076/B01 | | 5 | 0 | 5 | 0 | 6/15/2008 | 571 | |
| BOSTON ULTRA LIGHT 100- SOFT PACK | 139402 | B/04/076/D01 | | 7 | 0 | 7 | 0 | 6/15/2008 | 571 | |
| BOSTON ULTRA LIGHT 100- SOFT PACK | 143131 | B/05/085/B01 | | 2 | 0 | 0 | 2 | 10/6/2009 | 93 | |

Summary for BUL100 (4 detail records)     TOTALS     38     0     36     2

**PRODUCT CODE   BUL100B**     UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON ULTRA LIGHT 100- BOX | 144828 | B/04/024/A01 | | 20 | 0 | 20 | 0 | 4/27/2009 | 255 | |
| BOSTON ULTRA LIGHT 100- BOX | 144828 | B/04/036/C02 | | 26 | 0 | 26 | 0 | 4/27/2009 | 255 | |

Summary for BUL100B (2 detail records)     TOTALS     46     0     46     0

**PRODUCT CODE   BUL100-FS**     UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON ULTRA LIGHT 100- BOX -FS | 142618 | B/04/053/C | | 42 | 0 | 42 | 0 | 10/8/2008 | 456 | |
| BOSTON ULTRA LIGHT 100- BOX -FS | 142144 | B/04/068/B01 | | 6 | 0 | 6 | 0 | 9/10/2008 | 484 | |

Summary for BUL100-FS (2 detail records)     TOTALS     48     0     48     0

**PRODUCT CODE   BUL100S-FS**     UOM: MC

| Description | LOT | LOCATION | PALLET | Qty | Alloc. | On Hold | Available | Receipt | Days Net | Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| BOSTON ULTRA LIGHT 100 SOFT PACK -FS | 145091 | B/04/095/D | | 47 | 0 | 47 | 0 | 8/7/2009 | 153 | |
| BOSTON ULTRA LIGHT 100 SOFT PACK -FS | 144242 | B/05/072/A | | 80 | 0 | 80 | 0 | 4/3/2009 | 279 | |

Summary for BUL100S-FS (2 detail records)     TOTALS     127     0     127     0

Thursday, January 7, 2010     Page 11 of 26