**Exhibit 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
CITLAND LIMITED,

                Plaintiff,

-against-

INTERNATIONAL TOBACCO
PARTNERS, LTD.,

                Defendant.
------------------------------------x

Index No. 09-CV-3797 (ADS)(ARL)

ANSWER

Defendant, INTERNATIONAL TOBACCO PARTNERS, LTD. ("ITP"), by its undersigned attorney, MICHAEL W. HOLLAND, ESQ., upon information and belief, as its Answer to the Complaint interposed by the Plaintiff, CITLAND LIMITED ("CITLAND"), alleges as follows:

FIRST: Denies having any knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs of the Complaint designated as: "9", "11", "14", "15", "18", "20", "21" and "24".

SECOND: Denies each and every allegation set forth in paragraphs of the Complaint designated as: "5", "6", "7", "8", "10", "13", "14", "16", "19", "22", "25", "26" and "27".

THIRD: Repeats, reiterates and realleges each and every admission and denial set forth in this Answer as to the allegations set forth in the paragraphs of the Complaint designated as "12", "17" and "23".

## AS AND FOR A FIRST
## AFFIRMATIVE DEFENSE

FOURTH:   The Plaintiff and the Defendant's predecessor in interest, INTERNATIONAL TOBACCO PARTNERS, LLC, entered into a letter agreement (the "Letter Agreement") dated on the 21st day of November, 2000 wherein the Plaintiff and the Defendant agreed that "any dispute, difference or question arising between the parties concerning the construction, meaning or effect of this Agreement or any part thereof shall be settled by a single arbitrator mutually agreed upon . . .".

FIFTH:   This Court does not have jurisdiction over the claims set forth in Plaintiff's Complaint as these claims must be submitted to arbitration pursuant to the terms of the Letter Agreement.  A copy of the Letter Agreement is annexed hereto as Exhibit "1".

## AS AND FOR A SECOND
## AFFIRMATIVE DEFENSE

SIXTH:   The Plaintiff and the Defendant have never entered into a written agreement between the parties as is alleged by the Plaintiff in various paragraphs of the Plaintiff's Complaint and characterized in the Complaint by the Plaintiff as being the "Agreement".

WHEREFORE, the Defendant respectfully requests that this Court issue a judgment dismissing the Complaint interposed by the Plaintiff, together with the costs and the

disbursements of the Defendant in this action and together with an award of reasonable attorneys fees to the Defendant.

Dated: Williston Park, NY
January 22, 2010

MICHAEL W. HOLLAND (MWH6605)
Attorney for Defendant
Office and P.O. Address
421 Willis Avenue
Williston Park, New York 11596
(516) 248-2655
e-mail: MWH1275@aol.com

TO: SEYFARTH SHAW LLP
Attorney for Plaintiff
620 Eighth Avenue
New York, New York 10018-1405
e-mail: ddunn@seyfarth.com
dmonachino@seyfarth.com