UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------- x

CITLAND LIMITED,

Plaintiff,

-against-

INTERNATIONAL TOBACCO
PARTNERS, LTD.,

Defendant.

---------------------------------- x

Index No. 09-CV-3797 (ADS)(ARL)

**DEFENDANT'S RULE 7.1 STATEMENT**

In accordance with Fed. R. Civ. P. 7.1 and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel of record of Defendant International Tobacco Partners, Ltd. hereby certifies that it is not publicly held and that it does not have any parent, subsidiary or affiliate which is publicly held.

Dated: Williston Park, New York
January 25, 2010

**THE LAW OFFICE OF MICHAEL W. HOLLAND**

By: Kristin O. Holland

Michael W. Holland (MH-6605)
Kristin O. Holland (KH-3386)
421 Willis Avenue
Williston Park, New York 11596
(516) 248-2655
email: mwh1275@aol.com
kiannone3@gmail.com

Attorneys for Defendant