AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

CITLAND LIMITED  
*Plaintiff*  
v.  
INTERNATIONAL TOBACCO PARTNERS, LTD.  
*Defendant*

Case No. 09-CV-3797(ADS)(ARL)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

INTERNATIONAL TOBACCO PARTNERS, LTD.

Date: January 15, 2010

_____  
*Attorney's signature*

MICHAEL W. HOLLAND      MH6605  
*Printed name and bar number*

421 Willis Avenue, Williston Park, NY 11596  
*Address*

MWH1275@AOL.COM  
*E-mail address*

(516) 248-2655  
*Telephone number*

(516) 741-2072  
*FAX number*