UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CITLAND LIMITED

               Plaintiff,

-against-

INTERNATIONAL TOBACCO
PARTNERS, LTD.

               Defendant.

-------------------------------------------------------------x

Index No. 09-CV-3797 (ADS)(ARL)

ORDER TO SHOW CAUSE

Upon the affidavit of JEFFREY AVO UVEZIAN, sworn to on the 22nd day of January, 2010, the declaration of MICHAEL W. HOLLAND, affirmed on the 22nd day of January, 2010, the Exhibits annexed thereto, the Memorandum of Law submitted in support of this motion, and upon the Complaint filed with this Court by the Plaintiff on or about the 2nd day of September 2009, a copy of which is attached hereto, upon the Entry of Default filed by the Clerk of this Court on the 6th day of January, 2010, a copy of which is attached hereto, and upon the pleadings and proceedings heretofore had herein, it is

ORDERED, that the above named Plaintiff show cause before this Court, at Court Room 1020 of the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York on the _____ day of _____, 2010 at 9:00 o'clock in the fore noon of that day, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55(c) of the Federal Rules of Civil Procedure vacating and setting aside the Entry of Default filed by the Clerk of this Court on the 6th day of January, 2010; and, why a further order should not be issued permitting the Defendant to serve and file its Answer to the Complaint interposed by the Plaintiff; and, it is further

ORDERED, that pending a hearing and determination of this motion, the Plaintiff

and its officers, agents, servants, employees, attorneys and all persons or entities acting on

Plaintiff's behalf are hereby stayed from enforcing the Entry of Default or proceeding to obtain a

judgment by default against the Defendant; and, it is further

ORDERED, that a copy of this Order to Show Cause, together with the papers

upon which it is granted, be served upon the Plaintiff by service upon the attorneys for the

Plaintiff pursuant to Rule 2103(b)(1)CPLR, Rule 2103(b)(3)CPLR or Rule 2103(b)(6)CPLR on

or before the _____ day of _____, 2010 by _____ P.M. and that such service be

deemed good and sufficient.

Dated:  Central Islip, New York
        January ___, 2010

_____
United States District Judge