# CERTIFICATE OF SERVICE

I, Kristin O. Holland, certify under the penalty of perjury that on January 25, 2010, I caused the Order to Show Cause, Declaration of Michael W. Holland, Affidavit of Jeffrey Avo Uvezian, Memorandum of Law in Support of Order to Show Cause to Vacate the Entry of Default, Defendant's Rule 7.1 Statement and the Appearance of Counsel of Michael W. Holland to be served by ECF and also delivered by first class mail to the following:

Seyfarth Shaw LLP
Attorneys for Plaintiff Citland Limited
620 Eighth Avenue
New York, New York 10018-1405
Attention: Donald R. Dunn, Jr.

Kristin O. Holland
KRISTIN O. HOLLAND