UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ATTORNEY:
Michael W. Holland, Esq.

CITLAND LIMITED

Index No. 09-CV-3797 (ADS) (ARL)

           Plaintiff,

Court Date: 2/3/10

   -against-

INTERNATIONAL TOBACCO PARTNERS, LTD.

           Defendant

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

**AFFIDAVIT OF SERVICE**
**C.P.L.R. 2103(B) 1 or 3**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That on   January 29, 2010 at 1:33 p.m. at 620 Eighth Ave., New York, N.Y. 10018

Deponent served the within Order to Show Cause   and Supporting Papers ; Appearance of Counsel;

Defendant's Rule 7.1 Statement and Memorandum of Law upon

SEYFARTH SHAW LLP,  Attorneys for the Plaintiff

at their  office at: 620 Eighth Ave., New York, N.Y.

( ) By delivering the paper to him/her/them personally;
( X ) The office being open, by leaving the paper with a person in charge, to wit   MARC PIOUANETTI (Asst. Managing Clerk)
( ) No person being in charge, by leaving it in a conspicuous place within the office.
( ) The office being closed, by depositing the paper enclosed in a sealed wrapper directed to him/her/them at his/her/their office letter drop or box.

Deponent describes individual served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | white | brown/balding | 43-46 | 6'0" | 175 |

Other Identifying Features:

Michael Weiner
Lic. No. 1145455

Sworn to before me on January 30, 2010

ALIZA ROSHAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RO6030066
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 7, 2013

ORIGINAL

Certified Lawyers Service

STATE OF NEW YORK)
COUNTY OF NASSAU )ss:

JUDITH JACKSON, being duly sworn, deposes and says:

1. That I am not a party to the action and am over twenty one (21) years of age.

2. That I reside at 600 Willis Avenue, Williston Park, New York.

3. That on January 27, 2010, at 4:50 p.m. I served the within Order to Show Cause upon the attorneys for the Plaintiff, Seyfarth Shaw LLP, by faxing a copy thereof to each of the following attorneys, to wit: Donald R. Dunn, Jr., David Monachino, Esq. and Mark Ginsberg, Esq. at facsimile number 212-218-5526.

_____
JUDITH JACKSON

Sworn to before me this
29th day of January 2010

_____
Notary Public

MICHAEL W. HOLLAND
NOTARY PUBLIC, State of New York
No. 30-4505347, Nassau County
Term Expires June 30, 20 11