STATE OF NEW YORK)
COUNTY OF NASSAU )ss:

JUDITH JACKSON, being duly sworn, deposes and says:

1. That I am not a party to the action and am over twenty one (21) years of age.

2. That I reside at 600 Willis Avenue, Williston Park, New York.

3. That on January 27, 2010, at 4:50 p.m. I served the within Order to Show Cause upon the attorneys for the Plaintiff, Seyfarth Shaw LLP, by faxing a copy thereof to each of the following attorneys, to wit: Donald R. Dunn, Jr., David Monachino, Esq. and Mark Ginsberg, Esq. at facsimile number 212-218-5526.

Judith Jackson
JUDITH JACKSON

Sworn to before me this
29th day of January 2010

Michael W. Holland
Notary Public

MICHAEL W. HOLLAND
NOTARY PUBLIC, State of New York
No. 30-4505347, Nassau County
Term Expires June 30, 20 11