UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
CITLAND LIMITED,

                Plaintiff    Civil Action No. 09-CV-3797 (ADS)(ARL)

- against -

INTERNATIONAL TOBACCO          CERTIFICATION OF SERVICE
PARTNERS, LTD,

                Defendant.
----------------------------------X

        I certify that on March 3, 2010, I caused to be served a true and correct copy of the Declaration in Opposition to the Motion for Attorneys' Fees and Exhibits with the Clerk of the District Court using its CM/ECF participants on this case:

        SEYFARTH SHAW LLP

        David M. Monachino (DM 1527)
        620 Eight Avenue
        New York, NY 10018-1405
        (212) 218-5500
        email: dmonachino@seyfarth.com

        Donald R. Dunn, Jr., Esq. (DD0069)
        620 Eight Avenue
        New York, NY 10018-1405
        (212) 218-5500
        email: ddunn@seyfarth.com

Attorneys for Plaintiff Citland Limited

                            MICHAEL W. HOLLAND (MWH-6605)