DATE: <u>February 3, 2010</u>

**BEFORE: SPATT, U.S.D.J.**

AT: <u>9:00</u>
(30 mins)

## CIVIL CAUSE FOR ORDER TO SHOW CAUSE

DOCKET NUMBER: <u>CV-09-3797</u>

TITLE: <u>CITLAND v. INTERNATIONAL TOBACCO</u>

APPEARANCES:

    FOR PLAINTIFF(S): <u>Ronald R. Dunn, Jr., Esq.</u>

    FOR DEFENDANT(S): <u>Michael Holland, Esq.</u>

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 03 2010 ★
LONG ISLAND OFFICE

C/R <u>Ellen Combs</u>

✓ Case called.

✓ Counsel for all parties present.

___ Counsel for _____ not present.

✓ Order to Show Cause held.

___ O.S.C. granted.    ___ O.S.C. denied.

___ Decision reserved.

✓ Plaintiff/Defendant to settle order on notice.

___ Other

Court grants motion to vacate the default against the defts. Motion for costs/attys fees by pltff by 2/1, Defts oppos by 2/24, pltffs reply by 3/3