UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------x
CITLAND LIMITED,

          Plaintiff,

   -against-

INTERNATIONAL TOBACCO PARTNERS, LTD,

          Defendant.
------------------------------x

Civil Action No.: 09-CV-3797 (ADS)(ARL)

**AFFIDAVIT IN SUPPORT OF ATTORNEYS' FEES**

MARK GINSBERG, hereby avers under penalty of perjury as follows:

1. I am an associate attorney of Seyfarth Shaw LLP, counsel to plaintiff Citland Limited ("Citland"). I submit this Affidavit pursuant to the Decision and Order of this Court dated March 27, 2010, granting Citland's motion to recover its attorneys' fees and disbursements incurred in connection with (i) pursuing a default judgment against defendant International Tobacco Partners, Ltd. ("ITP") and (ii) opposing ITP's motion to vacate that default. I have personal knowledge of the facts set forth herein unless otherwise specified.

2. Annexed herewith are true and correct copies of invoices for $22,597.50 (Twenty Two Thousand Five Hundred Ninety Seven Dollars and Fifty Cents) reflecting the legal fees and disbursements incurred by Citland in this matter.

3. We respectfully request that the invoiced sum be paid.

Dated: New York, New York
      April 15, 2010

_____
Mark Ginsberg

Sworn to before me this
15th day of April 2010

_____
NOTARY PUBLIC

GLENDA S. WACHTEL
Notary Public, State of New York
No. 60-4922575
Qualified in Westchester County
Commission Expires April 4, 2014

12246976v.1

Open Invoices - [67291-000002 - Collection Litigation]  Page 1
Client:67291 - Citland Litigation   4/15/2010 9:10:27 AM

| Type | Invoice | Date | Fees | Cost | Other | Total |
|---|---|---|---|---|---|---|
| BILL | 1627984 | 11/30/2009 | 2,502.00 | 0.00 | 0.00 | 2,502.00 |
| PAYTRST | 1627984 | 11/30/2009 | -2,502.00 | 0.00 | 0.00 | -2,502.00 |
| Total | 1627984 | 11/30/2009 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 1637770 | 11/30/2009 | 2,258.50 | 0.00 | 0.00 | 2,258.50 |
| PAYTRST | 1637770 | 11/30/2009 | -2,258.50 | 0.00 | 0.00 | -2,258.50 |
| Total | 1637770 | 11/30/2009 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 1655984 | 11/30/2009 | 1,106.00 | 0.00 | 0.00 | 1,106.00 |
| PAYTRST | 1655984 | 11/30/2009 | -1,106.00 | 0.00 | 0.00 | -1,106.00 |
| Total | 1655984 | 11/30/2009 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 1680304 | 01/19/2010 | 4,016.50 | 12.09 | 0.00 | 4,028.59 |
| PAYTRST | 1680304 | 01/19/2010 | -4,016.50 | -12.09 | 0.00 | -4,028.59 |
| Total | 1680304 | 01/19/2010 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 1689971 | 02/16/2010 | 4,504.00 | 302.00 | 0.00 | 4,806.00 |
| PAYTRST | 1689971 | 02/16/2010 | -4,504.00 | -302.00 | 0.00 | -4,806.00 |
| Total | 1689971 | 02/16/2010 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 1699303 | 03/08/2010 | 7,565.00 | 39.74 | 0.00 | 7,604.74 |
| PAYTRST | 1699303 | 03/08/2010 | -5,259.17 | -39.74 | 0.00 | -5,298.91 |
| 1PAY | wire14x | 04/14/2010 | -2,305.83 | 0.00 | 0.00 | -2,305.83 |
| Total | 1699303 | 03/08/2010 | 0.00 | 0.00 | 0.00 | 0.00 |
| BILL | 1709787 | 04/08/2010 | 645.50 | 302.33 | 0.00 | 947.83 |
| 1PAY | wire14x | 04/14/2010 | -645.50 | -302.33 | 0.00 | -947.83 |
| Total | 1709787 | 04/08/2010 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRAND TOTAL | | | 0.00 | 0.00 | 0.00 | 0.00 |

Billed and Unbilled Time & Fee Summary - [67291-000002 - Collection Litigation]  Page 1
Client:67291 - Citland Litigation   4/15/2010 9:15:46 AM

| Initials | Timekeeper | Rate | Hours | Percent | Fees | Percent | Cost |
|---|---|---|---|---|---|---|---|
| 1440 | Paul Baisier | 600.00 | 0.60 | 1.19 | 360.00 | 1.59 | 442.76 |
| 1821 | Lydia E. Ravnikar | 270.00 | 0.70 | 1.39 | 189.00 | 0.84 | 0.00 |
| 2118 | Mark Ginsberg | 347.00 | 9.00 | 17.86 | 3,123.00 | 13.82 | 0.00 |
| 2182 | Donald Dunn | 408.47 | 28.50 | 56.55 | 11,641.50 | 51.52 | 0.00 |
| 3346 | David M. Monachino | 652.84 | 10.90 | 21.63 | 7,116.00 | 31.49 | 0.00 |
| 3371 | Carolyn Ylagan | 240.00 | 0.70 | 1.39 | 168.00 | 0.74 | 0.00 |
| 3736 | Joseph Pellis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 |
| | GRAND TOTAL   WORK: | | 50.40 | | 22,597.50 | | 667.76 |
| | GRAND TOTAL   BILL: | 448.36 | 50.40 | 100.00 | 22,597.50 | 100.00 | 667.76 |



# SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 9, 2009

Citland Litigation
Park House, 15/18 Greenhill Crescent
Watford
Herts WD18 8PH
United Kingdom
Attention: Derek Banks, Managing Director

Invoice No. 1627984
1440 67291 / 67291-000002
Collection Litigation

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,502.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,502.00 |
| Less Retainer | (2,502.00) |
| Total Due | $0.00 |
| Retainer Balance | ($2,498.00) |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 30, 2009

Citland Litigation
Park House, 15/18 Greenhill Crescent
Watford
Herts WD18 8PH
United Kingdom
Attention: Derek Banks, Managing Director

Invoice No. 1637770
1440 67291 / 67291-000002
Collection Litigation

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,258.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,258.50 |
| Less Retainer | (2,258.50) |
| Total Due | $0.00 |
| Retainer Balance | ($239.50) |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 30, 2009

Citland Litigation
Park House, 15/18 Greenhill Crescent
Watford
Herts WD18 8PH
United Kingdom
Attention: Derek Banks, Managing Director

Invoice No. 1655984
1440 67291 / 67291-000002
Collection Litigation

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,106.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,106.00 |
| Less Retainer | (1,106.00) |
| Total Due | $0.00 |
| Retainer Balance | ($4,133.50) |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



| | 131 SOUTH DEARBORN |
|---|---|
| | SUITE 2400 |
| | CHICAGO, ILLINOIS 60603-5577 |
| | (312) 460-5000 |
| | FEDERAL ID 36-2152202 |

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 19, 2010

Citland Litigation
Park House, 15/18 Greenhill Crescent
Watford
Herts WD18 8PH
United Kingdom
Attention: Derek Banks, Managing Director

Invoice No. 1680304
1440 67291 / 67291-000002
Collection Litigation

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,016.50 |
| Total Disbursements | 12.09 |
| Total Fees and Disbursements This Statement | $4,028.59 |
| Less Retainer | (4,028.59) |
| Total Due | $0.00 |
| Retainer Balance | ($104.91) |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 8, 2010

Citland Litigation
Park House, 15/18 Greenhill Crescent
Watford
Herts WD18 8PH
United Kingdom
Attention: Derek Banks, Managing Director

Invoice No. 1699303
1440 67291 / 67291-000002
Collection Litigation

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $7,565.00 |
| Total Disbursements | <u>39.74</u> |
| Total Fees and Disbursements This Statement | $7,604.74 |
| Less Retainer | <u>(5,298.91)</u> |
| Total Due | **$2,305.83** |
| Retainer Balance | $0.00 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2010

Citland Litigation
Park House, 15/18 Greenhill Crescent
Watford
Herts WD18 8PH
United Kingdom
Attention: Derek Banks, Managing Director

Invoice No. 1709787
1440 67291 / 67291-000002
Collection Litigation

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $645.50 |
| Total Disbursements | 302.33 |
| Total Fees and Disbursements This Statement | $947.83 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N